AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 23 2016
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Melanie Lynn MENCER-PARKS, M.D. | ) | |
| Henry Lewis REECE, Jr. | ) | |
| Davis Carl WEBSTER, Jr., a/k/a "David" | ) | |
| | ) | |

H16-1232M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ N/A _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | From in or around 2015 to the present, within the Southern District of Texas, the defendant Melanie Lynn Mencer-Parks, a medical doctor, and defendants Henry Lewis Reece, Jr. and Davis Carl Webster, Jr., AKA "David," knowingly and intentionally attempted, combined, conspired, confederated, and agreed with others, known and unknown, to commit violations of 21 U.S.C. § 841(a)(1) (knowingly and intentionally distributing Schedule II controlled substances, outside the scope of professional practice and not with a legitimate medical purpose), all in violation of 21 U.S.C. § 846. |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint of Special Agent Tonya N. Graham, Drug Enforcement Administration.

☑ Continued on the attached sheet.

*Complainant's signature*

Tonya N. Graham, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/23/2016 _____

*Judge's signature*

City and state: _____ Houston, Texas _____

Magistrate Judge Stephen Wm. Smith
*Printed name and title*